ACCEPTED
04-14-00754-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/28/2015 1:15:29 PM
KEITH HOTTLE
CLERK

## IN THE FOURTH COURT OF APPEALS FOR THE STATE OF TEXAS

**JOHN ADRIAN BARRERA,**
**Appellant**

**v.**

**THE STATE OF TEXAS,**
**Appellee.**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
1/28/2015 1:15:29 PM
KEITH E. HOTTLE
Clerk

**NO. 04-14-00754-CR**

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:

COMES NOW, JOHN ADRIAN BARRERA, Appellant and files this Motion for Extension of Time to File Appellant's Brief, pursuant to Rules 9 and 10 of the Texas Rules of Appellate Procedure, and in support thereof, would show the Court the following:

JOHN ADRIAN BARRERA asks the Court to extend the time to file his brief.

### A. INTRODUCTION

1. Appellant is JOHN ADRIAN BARRERA; appellee is STATE OF TEXAS.

2. There is no specific deadline to file this motion to extend time. *See* Tex. R. App. P. 38.6(d).

3. Counsel for the Appellant has conferred with Counsel for the Appellee and the parties have agreed to this motion.

### B. ARGUMENT & AUTHORITIES

1

4. The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

5. Appellant's brief is due on January 29, 2015.

6. JOHN ADRIAN BARRERA requests an additional 32 days to file his brief, extending the time until March 2, 2015.

7. No extension has been granted to extend the time to file JOHN ADRIAN BARRERA's brief.

8. JOHN ADRIAN BARRERA needs additional time to file his brief because on or about January 4, 2015, Appellant's Attorney came down with a severe case of flu which left the undersigned Counsel unable to work for several weeks. Additionally, the Attorney for Appellant is an asthmatic and this medical condition makes contracting flu especially severe and debilitating for the undersigned Counsel. Furthermore, the undersigned Counsel's Assistant contracted flu on or about January 10, 2015 and was out of the office for several weeks tending to both hers and her children's illness leaving the undersigned Counsel shorthanded through most of January and overwhelmed with administrative duties normally handled by his assistant. Counsel for the Appellant is currently preparing for a contested Final Trial in "In the Matter of the Marriage of Wells and in the Interest of P.T.W., a Child" No. 14-640B and due to the aforementioned illnesses, the Undersigned Counsel is backlogged on

several matters including a motion for summary judgment in "Alva Masonry Co. Inc. v. The Brand Co." No. 13961B.

## C. PRAYER

8. For these reasons, JOHN ADRIAN BARRERA asks the Court to grant an extension of time to file his brief until March 2, 2015, which is 32 days from the current deadline.

Respectfully Submitted,

Davis Law Firm, PLLC
236 Junction Hwy
Kerrville, Texas 78028
Tel. (830) 257-8851
Fax (830) 896-8730

_____
Stewart S. Davis
Bar No. 24049644

## CERTIFICATE OF SERVICE

By affixing my signature below, I hereby certify that on January 28, 2015, a true copy of this Motion for Extension of Time to File Appellant's Brief has been mailed to the 452nd District Attorney's Office at P.O. Box 635, Mason, Texas 76856.

_____
Stewart S. Davis